UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR245-C |
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| **AUSTIN LEE GRYDER** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **AUSTIN LEE GRYDER** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: February 21, 2006

Robert J. Conrad, Jr.
United States District Judge